# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SARAH SLAUGHTER, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:19-cv-00441-MHW-KAJ |
| | § | |
| v. | § | |
| | § | |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/* Franklin C Malemud | */s/* Joseph Carlo Hoeffel |
| Franklin C Malemud | Joseph Carlo Hoeffel, Esq. |
| Reminger & Reminger | Kimmel & Silverman, P.C. |
| 101 West Prospect Avenue | 30 East Butler Pike |
| Suite 1400 | Ambler, PA 19002 |
| Cleveland, OH 44115 | Phone: 215-540-8888 |
| Phone: 216-430-2225 | Fax: 877-788-2864 |
| Email: fmalemud@reminger.com | Email: jhoeffel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: April 26, 2019 | Date: April 26, 2019 |

BY THE COURT:

_____

J.

## **CERTIFICATE OF SERVICE**

      I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Franklin C Malemud
Reminger & Reminger
101 West Prospect Avenue
Suite 1400
Cleveland, OH 44115
Phone: 216-430-2225
Email: fmalemud@reminger.com
Attorney for the Defendant


Dated: April 26, 2019                  By: /s/ Joseph Carlo Hoeffel
                                                  Joseph Carlo Hoeffel, Esq.
                                                  Kimmel & Silverman, P.C.
                                                  30 E. Butler Avenue
                                                  Ambler, PA 19002
                                                  Tel: 215-540-8888
                                                  Fax: 215-540-8817
                                                  Email: jhoeffel@creditlaw.com
                                                  Attorney for Plaintiff